# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS WARNER, | 1:10-cv-00086-DLB (HC) |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION |
| v. | [Doc. 11] |
| SWARTHOUT, Warden | |
| Respondent. | |

On January 26, 2010, the undersigned dismissed the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 without prejudice for failure to exhaust the state judicial remedies.[1] (Court Doc. 9.) The Court also denied Petitioner's motion to stay and hold the petition in abeyance. (Id.)

Now pending before the Court is Petitioner's motion for reconsideration filed on February 18, 2010. (Court Doc. 11.) Petitioner requests to submit a new petition containing the exhausted claims that he neglected to present in his original petition. (Id.)

Rule 60 of the Federal Rule of Civil Procedure governs the reconsideration of final orders of the district court. The rule permits a district court to relieve a party from a final order or judgment on the grounds of: "(1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a

---

[1] Pursuant to 28 U.S.C. § 636(c)(1), Petitioner consented to the jurisdiction of the United States Magistrate Judge. Local Rule 305(b).

1

1 new trial under Rule 59(b) ; (3) fraud . . . of an adverse party; (4) the judgement is void; (5) the
2 judgment has been satisfied . . . ; or (6) any other reason justifying relief from the operation of the
3 judgment." Fed.R.Civ.P. 60(b).  The motion for reconsideration must be made within a
4 reasonable time, in any event, "not more than one year after the judgment, order, or proceeding
5 was entered or taken." Id.

6      To the extent Petitioner seeks to present new claims to this Court by way of a petition for
7 writ of habeas corpus pursuant to 28 U.S.C. § 2254, his remedy is to re-file a new § 2254
8 petition- not reconsideration and reinstatement of this action.  Accordingly, Petitioner's motion
9 for reconsideration is HEREBY DENIED.

11  IT IS SO ORDERED.
12  **Dated:   February 22, 2010**               **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE